AB:RMS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **C O M P L A I N T** |
| - against - | (18 U.S.C. §§ 922(g)(1) and 922(o)) |
| ISAIAH DUKES, | 22-MJ-1059 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Evan Moscou-Lewis, being duly sworn, deposes and states that he is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, duly appointed according to law and acting as such.

On or about September 29, 2022, within the Eastern District of New York and elsewhere, the defendant ISAIAH DUKES, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce firearms, to wit: a loaded Glock model 22 .40 caliber pistol bearing serial number BTSD713.

(Title 18, United States Code, Section 922(g)(1))

On or about September 29, 2022, within the Eastern District of New York and elsewhere, the defendant ISAIAH DUKES did knowingly and intentionally possess a machinegun, to wit: a loaded Glock model 22 .40 caliber pistol bearing serial number BTSD713, with a switch device affixed.

(Title 18, United States Code, Section 922(o))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since approximately June 2021. I serve on the Joint Firearms Task Force and have been involved in the investigation of cases involving the recovery of firearms, including machine guns, and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file and from reports of other law enforcement officers involved in the investigation. Where I describe the statement of others, I am doing so only in sum and substance and in part.

2. On or about September 29, 2022, a rideshare driver (the "Driver") picked up the defendant ISIAH DUKES and several associates in New York, New York. The Driver observed that DUKES was holding a firearm, later identified as a loaded Glock model 22 .40 caliber pistol bearing serial number BTSD713, with a switch device affixed (the "Firearm"). After dropping off DUKES and his associates in Queens, New York, the Driver observed that DUKES had left the Firearm in the vehicle and notified law enforcement.

3. Shortly thereafter, law enforcement officers responded and retrieved the firearm from the Driver's vehicle. Viewing the area where the Driver had dropped off the defendant ISIAH DUKES and his associates, the Driver identified DUKES as the individual who had been carrying the Firearm. Officers then arrested DUKES.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

4. On or about September 29, 2022, law enforcement officers examined and field-tested the Firearm. The examination and field test indicated that the Firearm can automatically fire more than one round with a single function of the trigger and, therefore, was a machinegun, as defined in 26 U.S.C. § 5845(b). A machinegun, as defined in 26 U.S.C. § 5845(b), is any weapon which shoots, is designed to shoot, or can be readily restored to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. Officers also determined that the Firearm contained one round in the chamber and nine rounds in the magazine.

5. I consulted with an ATF interstate nexus agent, who confirmed that the Firearm was manufactured outside the State of New York.

6. I have reviewed the criminal history of the defendant ISIAH DUKES. Based upon this review I have determined that DUKES was convicted in the Cook County Circuit Court of the offense of Robbery, in violation of section 18-1 of the Illinois Compiled Statutes. This crime is punishable by imprisonment for a term exceeding one year.

WHEREFORE, your deponent respectfully requests that the defendant ISAIAH DUKES be dealt with according to law.

_____
Evan Moscou-Lewis
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this
30 day of September, 2022

_____
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK