DAWN M. FLORIO LAW FIRM, PLLC
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

November 8, 2024

<u>VIA ECF</u>
Honorable Justice Nina R. Morrison
United States District Court
225 Cadman Plaza East ,, 6E North
Brooklyn, New York 11201

      RE: *United States v. Isaiah Dukes*
         <u>1::24-cr-00028-NRM</u>

Judge Nina R. Morrison;

 I, Dawn M. Florio, attorney at law, represented Isaiah Dukes who was sentenced on November 7, 2024.

 As per your Honor's request, below is the Federal Penitentiary in which Mr. Dukes would like the Court to consider this location:

    FCI THOMSON
    1100 One Mile Road
    Thomson, IL 61285

 I am requesting that this application be acknowledged and considered.

 Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

            Sincerely,

            *Dawn M. Florio*

            Dawn M. Florio, Esq.
            *Attorney for Isaiah Dukes*

CC: All Counsel